

| | |
|---|---|
| **DISTRICT COURT, ADAMS COUNTY,**<br>STATE OF COLORADO<br>Adams County Justice Center, 1100 Judicial Center Drive<br>Brighton CO 80601<br><br>**Plaintiff:**<br><br>HLS TRUCKING INC, a Colorado corporation<br><br>**Defendant:**<br><br>HOOPER CORPORATION, a Wisconsin corporation | DATE FILED: November 25, 2020 11:18 AM<br>FILING ID: 65216D6EDB24B<br>CASE NUMBER: 2020CV31516<br><br><br>▲ COURT USE ONLY ▲ |
| **Attorney for Plaintiff:**<br>William Hadden Zimmerling #42018<br>3200 Cherry Creek South Drive, Suite 650<br>Denver, CO 80209<br>Tel: (303) 350-1060<br>Fax: (303) 484-6195<br>E-mail: whz@whz-law.com | Case Number:<br><br>Div.  Ctrm: |
| **COMPLAINT** | |

Plaintiff HLS Trucking Inc, by and through undersigned counsel, submits this Complaint as follows:

### PARTIES & JURISDICTION AND VENUE

1. Plaintiff HLS Trucking Inc is Colorado corporation with a principal office street address at 6236 E 123rd Place, Brighton CO 80602.

2. Defendant Hooper Corporation is a Wisconsin corporation with principal office street address of 2030 Pennsylvania Avenue, Madison WI 53704 with InCorp Services Inc as registered agent at a street address of 36 South 18th Avenue, Suite D, Brighton CO 80601, and a business location in Colorado for the Defendant at 6255 Dexter Street, Commerce City CO 80022.

3. As Defendant has a business office in Adams County, Colorado, venue for this action is proper in this judicial district pursuant to C.R.C.P. 98(c).

4. This court has jurisdiction over the subject matter at issue because this is a civil action for damages. Colo. Const. Art. VI, § 9(1).

## GENERAL ALLEGATONS

5. Plaintiff is a trucking company that provided services to Defendant in the State of Colorado.

6. Defendant is a contractor that provides electrical and mechanical services in the State of Colorado and elsewhere.

7. Defendant provided trucking services to the Plaintiff from 2017 through June 2020.

8. During the time period from 2017 to June 2020, Defendant invoiced Plaintiff over 150 times and Plaintiff paid those invoices except for three invoices issued in June 2020.

9. Defendant has three unpaid invoices from June 2020 for services rendered to Plaintiff in the total amount of $108,208.00 (the "**Invoices**," **Exhibit 1**).

10. When Plaintiff inquired about the status of the unpaid invoices, Defendant caused a lawyer in Wisconsin to send correspondence dated August 4, 2020 to the Plaintiff stating, *inter alia*, that Plaintiff was being investigated for "…multiple civil claims, including theft, conversion, fraud, misrepresentation, and potentially federal criminal violations under RICO." (**Exhibit 2**).

11. Based on information and belief, Defendant experienced a defalcation and fraud related to its corporate executives.

12. Based on information and belief, Defendant caused their lawyer to send threatening correspondence to at least some of Defendant's other service providers in Colorado who were owed money from the Defendant.

13. Plaintiff is not responsible in any way for the losses suffered by Defendant due to its executives' fraudulent activities.

14. Plaintiff alleges that the letter sent by Defendant's counsel was meant to intimidate Plaintiff and threaten Plaintiff with baseless allegations of criminal behavior, all of which was with the objective of causing Plaintiff not to pursue payment for the services rendered.

15. Defendant's counsel never followed up on the correspondence dated August 4, 2020.

16. The Invoices due Plaintiff from Defendant remain unpaid.

## FRIST CLAIM FOR RELIEF- BREACH OF CONTRACT

17. Plaintiff incorporates the allegations set forth above.

18. Plaintiff and Defendant entered into an oral contract whereby Plaintiff would provide trucking services at prevailing rates and Defendant would pay Plaintiff's invoices for those services (the "**Contract**").

19. Plaintiff and Defendant worked together since 2017 under the Contract.

20. Since 2017, Plaintiff invoiced Defendant over 150 times, and Defendant has paid all of those invoices except for the final three invoices.

21. Defendant has refused to pay the final three invoices from Plaintiff for trucking services and those invoices total $108,208.00

22. Plaintiff fully performed under the Contract by delivering trucking services to Defendant.

23. Defendant has materially breached the Contract by failing to pay the final invoices.

24. All conditions precedent to Plaintiff bringing this action have been met.

25. As a result of Defendant's breach of contract, Plaintiff has suffered damages in in an amount to be proven at trial, plus prejudgment and court costs that will continue to increase.

## SECOND CLAIM FOR RELIEF-UNJUST ENRICHMENT

26. Plaintiff incorporates the allegations set forth above.

27. In the alternative, to the extent Defendant claims or the Court finds the agreement between Plaintiff and Defendant is not a binding and enforceable, Plaintiff would claim that Defendant has been unjustly enriched by the benefit of the services provided by Plaintiff to the Defendant.

28.  Defendant has failed to pay the reasonable value for the services it received from Plaintiff.

29.  Defendant received a benefit when Plaintiff provided the trucking services and Defendant was well aware that Plaintiff expected payment from Defendant for those services.

30. It would be unjust for Defendant to retain the benefit of the services provided by the Plaintiff without paying the Plaintiff in full for the reasonable value of the services in an amount to be proven at trial.

31. As a result of Defendant's unjust enrichment, Plaintiff has suffered damages in in an amount to be proven at trial.

## DEMAND FOR JUDGMENT

   WHEREFORE, Plaintiff HLS Trucking Inc respectfully requests that the Court enter judgment in its favor and against Defendant Hooper Corporation for:

   A. Such actual damages as this Court may deem just and proper;
   B. Reasonable attorney fees;
   C. Costs of this action;
   D. Pre-judgment and post-judgment interest; and
   E. Such other and further relief as this court may deem appropriate.

Dated:  November 19, 2020


   /s/ William H. Zimmerling
   William H. Zimmerling, Esq. #42018
   *Attorney for the Plaintiff*