IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 20-cv-03654-CNS-KLM | Date: August 1, 2023 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| HOOPER CORPORATION  **Third-Party Plaintiff** | *Thomas Krysa* |
| v. | |
| EDWARD J. CHMIEL  **Third-Party Defendant** | *Michael Nolt* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:00 a.m.

Appearance of counsel.

**ORDERED:**  [148] Third-Party Defendant Chmiel's Partial Motion for Summary Judgment is **DENIED.**

Argument as to [149] Hooper Corporation's Motion for Summary Judgment Against Edward J. Chmiel given by Mr. Krysa with questions from the Court.

**ORDERED:  The civil conspiracy claim is voluntarily DISMISSED.**

Argument as to [149] Hooper Corporation's Motion for Summary Judgment Against Edward J. Chmiel given by Mr. Nolt with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**  [149] Hooper Corporation's Motion for Summary Judgment Against Edward J. Chmiel is **GRANTED.**

**ORDERED:**   The Court finds liability on the civil theft claim, the fraud claim, the conversion claim, the unjust enrichment claim and the breach of fiduciary duty claim.

Damages are awarded in the amount of $1,635,215.23 as to the claims of civil theft, fraud, conversion and unjust enrichment (overbilling and kickback scheme); $17,887.11 as to the claims of civil theft, fraud, conversion and unjust enrichment (concrete); $300,000 as to the claims of fraud and unjust enrichment (home improvement scheme); and $528,516 as to the claim of breach of fiduciary duty.

Parties are to confer and file a joint status report within a week as to the $90,000 civil theft claim and treble damages.

Judgment to enter.

Court in Recess:  11:13 a.m.         Hearing concluded.         Total time in Court:  01:13